UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL VASKO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMADOR COUNTY JAIL,<br><br>　　　　Defendant. | No.  2:21-cv-1909 AC P<br><br><br>ORDER |

　　　　Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy or his trust account statement in support of his application.

　　　　In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the service of this order, plaintiff shall submit a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  Plaintiff's failure to

////

////

////

1 | comply with this order will result in a recommendation that this action be dismissed without
2 | prejudice.
3 | DATED: October 19, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE