UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL VASKO,<br><br>        Plaintiff,<br><br>    v.<br><br>AMADOR COUNTY JAIL,<br><br>        Defendant. | No.  2:21-cv-1909 AC P<br><br><br>ORDER |

      Plaintiff is a county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed October 19, 2021, plaintiff was directed to file a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint within thirty days.  ECF No. 4.  Plaintiff has since filed another application to proceed in forma pauperis, but it is not accompanied by the required trust account statement.  ECF No. 6.  Plaintiff will be given one more opportunity to submit a certified trust account statement.  He does not need to submit another application to proceed in forma pauperis.

      Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the service of this order, plaintiff shall submit a certified copy of his inmate trust account statement for the six-

////

////

////

1

month period immediately preceding the filing of the complaint.  Failure to comply with this order will result in a recommendation that his action be dismissed without prejudice.

DATED: December 6, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE