1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   SEAN MICHAEL VASKO,                         No.  2:21-cv-1909 DJC AC P

12                  Plaintiff,

13        v.                                     ORDER

14   AMADOR COUNTY JAIL,

15                  Defendant.

16

17        Plaintiff, a county prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On May 23, 2023, the Magistrate Judge filed findings and recommendations

21   herein which were served on plaintiff and which contained notice to plaintiff that any

22   objections to the findings and recommendations were to be filed within fourteen

23   days.  (ECF No. 12.)  Plaintiff has not filed objections to the findings and

24   recommendations.

25        The Court notes that the Magistrate Judge had previously screened Plaintiff's

26   Complaint pursuant to 28 U.S.C. § 1915A(a) and concluded it did not state a claim

27   upon which relief could be granted.  (ECF No. 9.)  The Magistrate Judge ordered

28   Plaintiff to file an amended complaint within thirty days of the Magistrate Judge's

1   Order.  (*Id.* at 11.)  The Plaintiff has failed to comply with this order.

2          Although it appears from the file that Plaintiff's copy of the findings and

3   recommendations was returned, Plaintiff was properly served.  It is the Plaintiff's

4   responsibility to keep the court apprised of his current address at all times.  Pursuant

5   to Local Rule 182(f), service of documents at the record address of the party is fully

6   effective.

7          The Court has reviewed the file and finds the findings and recommendations to

8   be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS

9   HEREBY ORDERED that:

10          1. The findings and recommendations filed May 23, 2023 (ECF No. 12), are

11   adopted in full.

12          2. This action is dismissed without prejudice for failure to prosecute.  *See* L.R.

13   183(b).

14          3. The Clerk of the Court is directed to close this case.

15

16          IT IS SO ORDERED.

17

18   Dated:   **June 17, 2023**

19                                                Hon. Daniel J. Calabretta
                                                 UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25   Vask1909.802

26

27

28

                                       2